IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES SHEET METAL WORKERS' NATIONAL PENSION FUND, <br><br> Plaintiff, <br><br> -v- <br><br> THE COLUMBUS SHOW CASE COMPANY, *et al.*, <br><br> Defendants. | Civil Action No. 1:14-cv-478 |

## ORDER

This matter comes before the Court on Plaintiff's Motion for Default Judgment (Dkt. No. 8). The Magistrate Judge issued a Report and Recommendation on July 11, 2014. (Dkt. No. 14). The Defendants filed no opposition to Plaintiffs' motion and no objection to the Magistrate Judge's findings.

Having reviewed the pleadings in this case as well as the Magistrate Judge's report, the Court hereby adopts the Magistrate Judge's recommendation. It is therefore **ORDERED** that judgment be entered in favor of the Plaintiff against the Defendants, jointly, in the total amount of $2,033,080.42.

August 1, 2014
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge